J. PAUL MOORHEAD (SBN 240029)
pmoorhead@BushGottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Attorneys for Plaintiffs, Trustees of the
Southern California Pipe Trades Health and
Welfare Trust Fund, et al..

CHRISTIAN E. BREDESON (SBN 240314)
cbredeson@ccllp.law
JACOB M. RAMIREZ (SBN 270364)
jramirez@ccllp.law
COLLINS + COLLINS LLP
10681 Foothill Blvd. Suite 260
Rancho Cucamonga, California 91730
Tel: (909) 581-6100
Counsel for Defendants, World Mechanical, Inc.
and Harry Gordon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WORLD MECHANICAL, INC., a California corporation; and HARRY A. GORDON, an individual, <br><br> Defendants. | Case No. 2:20-cv-10187 SVW(JPRx) <br><br> **STIPULATION FOR DISMISSAL, WITH PREJUDICE** |

///

787179v1 11157-31003

1  TO THE HONORABLE STEPHEN V. WILSON, FOR THE UNITED STATES
2  DISTRICT COURT, FOR THE STATE OF CALIFORNIA, CENTRAL DISTRICT:
3       IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees
4  of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and
5  Defendants World Mechanical, Inc. and Harry A. Gordon, by and through their counsel
6  of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) this action shall
7  be dismissed, with prejudice.  Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated: 02/17/2022     BUSH GOTTLIEB, A LAW CORPORATION

By: _____
   J. Paul Moorhead, Attorney for Plaintiffs,
   Trustees of the Southern California Pipe
   Trades Health and Welfare Trust Fund, et al.

Dated: _____     COLLINS + COLLINS LLP

By: _____
   Christian E. Bredeson
   Jacob M. Ramirez
   Attorney for Defendants,
   World Mechanical, Inc. and Harry A. Gordon

///

TO THE HONORABLE STEPHEN V. WILSON, FOR THE UNITED STATES DISTRICT COURT, FOR THE STATE OF CALIFORNIA, CENTRAL DISTRICT:

      IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and Defendants World Mechanical, Inc. and Harry A. Gordon, by and through their counsel of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) this action shall be dismissed, with prejudice. Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated: _____  BUSH GOTTLIEB, A LAW CORPORATION

By: _____
  J. Paul Moorhead, Attorney for Plaintiffs,
  Trustees of the Southern California Pipe
  Trades Health and Welfare Trust Fund, et al.

Dated: February 28, 2022  COLLINS + COLLINS LLP

By: _____
  Christian E. Bredeson, Jacob M. Ramirez
  Attorney for Defendants,
  World Mechanical, Inc. and Harry A. Gordon